Kling-Tite Paint Products Company, Appellee, v. Columbia Ice and Ice Cream Company, Appellant.

Gen. No. 41,899.

Heard in second division, first district, this court at October term, 1941; opinion filed March 24, 1942; rehearing denied April 11, 1942. Julius L. Handelman, for appellant; England & O'Toole, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''